COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (sneal@cooley.com)
JAMES DONATO (146140) (jdonato@cooley.com)
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA L. GALLEGOS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC.,<br><br>Defendants. | Case No. C-07-00857 WHA<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST TO CONTINUE CERTAIN PRE-INITIAL CASE MANAGEMENT CONFERENCE DEADLINES; [PROPOSED] ORDER**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Edna L. Gallegos ("Plaintiff") and Defendants Nvidia Corporation ("Nvidia"), ATI Technologies ULC and Advanced Micro Devices, Inc. (collectively "AMD") hereby jointly request the Court to continue certain deadlines related to the initial case management conference in this action as follows.

1. On February 9, 2007, Plaintiff filed the complaint in this action ("Complaint"), which alleges claims under state antitrust and consumer protection laws. Plaintiff styled the Complaint as a putative class action.

2. As of the date of this request, at least 49 other complaints have been filed in this and other judicial districts. All of these complaints also allege federal and/or state law antitrust

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1035923 v1/SF

1.

STIPULATED REQUEST TO CONTINUE CERTAIN
PRE-INITIAL CASE MAN. CONF. DEADLINES
C-07-00857 WHA

1  claims against Nvidia and AMD and are styled as putative class actions.  At least 9 of these other
2  complaints are currently pending before this Court.

3        3.      On December 8, 2006, the plaintiffs in some of the other actions pending in this
4  district filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") to
5  transfer and consolidate in this judicial district all existing and subsequently filed antitrust actions
6  related to the claims alleged in the Complaint ("JPML Motion").  The JPML Motion was granted
7  on April 18, 2007, and the Panel ordered that the consolidated actions proceed before this Court.

8        4.      Plaintiff and Defendants stipulated on February 23, 2007 to extend the time for
9  Defendants to respond to the Complaint to 30 days after (1) the order resolving the JPML Motion
10  and (2) the filing and service of any subsequent consolidated complaint, without prejudice to the
11  right of Nvidia or AMD to seek additional time to answer or otherwise respond to the Complaint
12  for good cause shown.

13        5.      On February 9, 2007, this Court entered a Case Management Scheduling Order
14  setting deadlines pursuant Federal Rules of Civil Procedure 26, Local Rule 16, and ADR Local
15  Rule 3.5.  Some of these deadlines differ from the deadlines imposed in the 9 other actions
16  currently pending before this Court.

17        6.      Continuing the dates set forth in the February 9, 2007 Case Management
18  Scheduling Order to match those in the other cases pending before this Court, would avoid the
19  expenditure of unnecessary resources and be convenient for the parties, including Plaintiff.

20        7.      Accordingly, the parties hereby stipulate to and respectfully request that the Court
21  order a continuance of certain of the dates set forth in the February 9, 2007 Case Management
22  Scheduling Order.  The affected dates include the deadlines to: (1) meet and confer re: initial
23  disclosures, early settlement, ADR process selection, and discovery plan (currently April 24,
24  2007); (2) file joint ADR documents (currently April 24, 2007);  and (3) complete initial
25  disclosures and file the Case Management Statement and Rule 26(f) Report (currently May 8,
26  2007).  At this time, the parties are not requesting a continuance of the Initial Case Management
27  Conference, currently set for May 24, 2007, as that date already matches the other actions
28  pending in this Court.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1035923 v1/SF      2.      STIPULATED REQUEST TO CONTINUE CERTAIN
PRE-INITIAL CASE MAN. CONF. DEADLINES
C-07-00857 WHA

1	8.	The parties request that the Court continue the above referenced deadlines as follows: (1) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan – May 3, 2007; (2) file joint ADR documents – May 3, 2007; (3) complete initial disclosures and file the Case Management Statement and Rule 26(f) Report – May 17, 2007. Such a continuance will harmonize the schedule in this case with that of the other 9 cases currently pending before this Court.

9.	Except as described in Paragraph 4, the parties have sought no previous modification of the timing of any event or deadline set by the Court.

Respectfully submitted,

Dated: April 20, 2007

COOLEY GODWARD KRONISH LLP

By:        /s/ James Donato
              James Donato (146140)

Attorneys for Defendant
NVIDIA CORPORATION

Dated: April 20, 2007

LATHAM & WATKINS LLP

By:     /s/ Charles H. Samel
           Charles H. Samel (182019)

Attorneys for Defendants
ATI TECHNOLOGIES ULC and
ADVANCED MICRO DEVICES, INC.

Dated: April 20, 2007

MURRAY & HOWARD LLP

By:        /s/ Scott J. Yundt
              Scott J. Yundt (242595)

Attorneys for Plaintiff
EDNA L. GALLEGOS

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1035923 v1/SF

3.

**STIPULATED REQUEST TO CONTINUE CERTAIN
PRE-INITIAL CASE MAN. CONF. DEADLINES
C-07-00857 WHA**

FILER'S ATTESTATION:

Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: April 20, 2007

By: /s/ James Donato
James Donato

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1035923 v1/SF

4.

STIPULATED REQUEST TO CONTINUE CERTAIN
PRE-INITIAL CASE MAN. CONF. DEADLINES
C-07-00857 WHA

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, certain dates set forth in the February 9, 2007 Case Management Scheduling Order are hereby continued as follows: (1) the deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be May 3, 2007; (2) the deadline to file joint ADR documents shall be May 3, 2007; and (3) the deadline to complete initial disclosures and file the Case Management Statement and Rule 26(f) Report shall be May 17, 2007.

Pursuant to stipulation, it is so ordered.

Dated: April 23, 2007



_____
The Honorable William H. Alsup

1035923 v1/SF

5.

**STIPULATED REQUEST TO CONTINUE CERTAIN PRE-INITIAL CASE MAN. CONF. DEADLINES**
**C-07-00857 WHA**

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO